IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RODRIGUEZ ANTONIO JAMES,** | : | |
| Plaintiff, | : | |
| vs. | : | 5:07-cv-448 (CAR) |
| **ANITA ATWATER and RICKY PRIESTER,** | : | |
| Defendants. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 18) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends dismissing Plaintiff's § 1983 claims against Defendant Ricky Priester following a frivolity review pursuant to 28 U.S.C. § 1915(e)(2). Although no Objections have been filed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed Plaintiff's Complaint and Judge Hicks' Recommendation. As fully explained by Judge Hicks, a plaintiff must allege that an act or omission was committed by a person acting under "color of state law" to sustain an § 1983 action. Here, Defendant Priester, a fellow inmate, was clearly not acting under color of law. As such, the Recommendation is **ACCEPTED**, and Plaintiff's claims against Defendant Ricky Priester are **DISMISSED**.

**SO ORDERED**, this 25th day of January, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh