IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODRIGUEZ ANTONIO JAMES,<br><br>                      Plaintiff<br><br>    VS.<br><br>ANITA ATWATER,<br><br>                      Defendant | NO. 5:07-CV-448 (CWH)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

# O R D E R

On May 2, 2008, the undersigned issued an order directing plaintiff Rodriguez Antonio James to show cause why his case should not be dismissed for failure to prosecute the action, specifically for failing to comply with the discovery requests of defendant's counsel. Tab #16. In that May 2nd order, the plaintiff was warned that his failure to respond could result in a dismissal of the action.

Plaintiff James has not complied with discovery requests served upon him; nor has he responded to the court's show cause order. Accordingly, this case is **DISMISSED** *with prejudice* pursuant to Rule 41(b) the Federal Rules of Civil Procedure.

The Clerk is directed to serve a copy of this order upon plaintiff at the LAST ADDRESS provided by him.

SO ORDERED this 28th of MAY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE